IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CLIFTON DIXON, JR.                                                    PLAINTIFF

vs.                                            CIVIL ACTION NO. 3:26-CV-65-HTW-LGI

KEONDRIA CUMMINGS                                                    DEFENDANT


**ORDER ADOPTING REPORT AND RECOMMENDATION**

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 5]**. In her Report and Recommendation, filed on May 27, 2026, Magistrate Judge Isaac recommended that the Plaintiff's Complaint [1] be dismissed for lack of subject matter jurisdiction, and for failure to state a claim upon which relief may be granted. Judge Isaac directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 5]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** Plaintiff's Motion to Proceed *in forma pauperis* **[2]** is **DENIED.**

**IT IS FURTHER ORDERED that** this lawsuit hereby is **DISMISSED with PREJUDICE** for lack of subject matter jurisdiction and for failure to state a claim.


**SO ORDERED** this the 26th day of June, 2026.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**

1